**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00395-CV

### IN RE LESTER TRICHE, Relator

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. MA-09-15662**

## ORDER

The Court has before it relator's petition for writ of mandamus. The Court requests that respondent and real party in interest file any responses to the petition by April 15, 2013.

/s/     MICHAEL J. O'NEILL
        JUSTICE